# United States District Court

WESTERN DISTRICT OF WASHINGTON

KEITH CRAIG,

        Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5422KLS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT the defendant properly concluded plaintiff was not disabled, and, therefore affirms defendant's decision.

March 24, 2011

WILLIAM M. McCOOL
Clerk

*Traci Whiteley* (signature)

By Traci Whiteley, Deputy Clerk